MARTIN E. ROSEN (SBN 108998)
mrosen@mail.hinshawlaw.com
RICHARD B. HOPKINS II (SBN 190108)
rhopkins@mail.hinshawlaw.com
MICHAEL A.S. NEWMAN (SBN 205299)
mnewman@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
New York Life Insurance Company

**COURTESY COPY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN IZRALSON, | Case No. 2:16-cv-06946-JAK-AGR |
| Plaintiff, | (Honorable John A. Kronstadt) |
| vs. | **JOINT STIPULATION OF CONFIDENTIALITY** |
| NEW YORK LIFE INSURANCE COMPANY, AND DOES 1 THROUGH 10, | |
| Defendants. | Complaint Filed: August 17, 2016 |

NOTE CHANGES MADE BY THE COURT

NOTE CHANGES MADE BY THE COURT

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-06946-JAK-AGR
36267328v1 0990303

TO THE HONORABLE JOHN A. KRONSTADT AND HIS COURT CLERK:

WHEREAS, Defendant New York Life Insurance Company ("New York Life" or "Defendant"), per the Court's Scheduling Order, is prepared to produce confidential and proprietary claim manual documents to Lilian Izralson ("Izralson") ("Izralson" and "Defendant" referred to herein as "the Parties") in the above-captioned action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The confidential and/or proprietary claims manual documents and other confidential documents, or any portion thereof, to be produced by Defendant in this action which are not publicly available, and which are designated by Defendant as "Confidential," shall be deemed "Confidential Information."

2. Designation of the documents as "Confidential" shall be made by stamping each page comprising any such document, copy, or excerpt thereof with the legend "CONFIDENTIAL" or a substantially similar legend at the time of production.

3. Defendant may designate the documents, or any portion thereof, including the contents and information therein, as protected under this Stipulation and Order. If Izralson disagrees with any such designation, the Parties will attempt to resolve the dispute in good faith on an informal basis and, if they are unable to do so, may ask the Court to resolve the dispute. Until such time as the dispute is resolved, the Parties will treat the documents at issue as deemed Confidential under this stipulation.

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-06946-JAK-AGR
36267328v1 0990303

*AGR*

4. "Qualified Person" as used herein means: (i) members, employees, counsel, consultants, experts, co-counsel, or anyone else deemed by the Parties to be necessary for the preparation of the case. ~~and, (ii) this Court and its personnel.~~

5. The Confidential Information, or any portion thereof, may only be disclosed to Qualified Persons and then only to the extent counsel in good faith believes that such disclosure is reasonably necessary to the prosecution or defense of this litigation.

6. Each Qualified Person will maintain the Confidential Information, or any portion thereof, in confidence and will not reveal it to anyone who is not a Qualified Person without the prior written consent of Defendant's counsel, or in the absence of such consent, an order of the Court authorizing such disclosure.

7. If either party wishes to use the Confidential Information, or any portion thereof, during any discovery, motion practice, or trial of this action, the Parties will, in advance, confer in good faith to agree upon a method to protect such Confidential Information. Either party may apply to the Court for a mechanism for maintaining the confidentiality of material designated as Confidential Information.

8. The disclosure of the Confidential Information, or any portion thereof, to a Qualified Person without designating it as Confidential shall not constitute a waiver of the producing party's right to designate such information as Confidential at a later time and, if so designated, the information shall thenceforth be treated as Confidential subject to all terms of this Stipulation and Order.

9. All documents ~~filed with the Court~~ that are designated Confidential or contain verbatim the contents of the claims manual shall be filed with an application to file under seal ~~and kept under seal until further order of the Court~~. See Local Rule 79-5. Where possible, only Confidential portions of filings with the Court shall be filed under seal.

10. At the conclusion of this lawsuit (including appeals, if any), the Confidential Information, or any portion thereof, in the possession of any Qualified



2

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-06946-JAK-AGR
36267328v1 0990303

1  Person or any other person who has received such information pursuant to this
2  Stipulation and Order, together with all copies, extracts, and summaries thereof,
3  shall either be returned to the party that produced it, or it shall be destroyed. No
4  Confidential Information may be used in any other judicial or other proceeding or
5  for any other purpose whatsoever, except (i) where required by legal process or by
6  law for lawful purposes, or (ii) upon the written consent of the producing party.

7      11.  This Stipulation and Order may be modified by a further Stipulation so
8  ordered by the Court or, if the Parties are unable to agree, by the Court on the
9  application of a party. This Stipulation and Order shall be binding upon all Qualified
10 Persons. ~~and upon all other persons having knowledge of its terms, and any violation~~
11 ~~thereof may be punishable by contempt.~~

12     12.  The parties agree that even if the Court does not sign and enter the
13 Proposed Order hereto, the parties will be bound by all of the terms and conditions
14 of this Stipulation as a separate and enforceable contract between the parties.

16 **IT IS SO STIPULATED.**

18 DATED: April 4, 2017                  HINSHAW & CULBERTSON LLP

By: /s/ Martin E. Rosen
MARTIN E. ROSEN
MICHAEL S. NEWMAN
Attorneys for Defendant
New York Life Insurance Company

23 DATED: April 4, 2017                  DONAHUE & HORROW

By: /s/ Michael Horrow
MICHAEL HORROW
DONNA PUYOT
Attorneys for Plaintiff
Lilian Izralson

IT IS SO ORDERED.
DATED: 4/18/2017
/s/ Alicia G. Rosenberg
UNITED STATES MAGISTRATE JUDGE

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

3
JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-06946-JAK-AGR
36267328v1 0990303